UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:12-CV-60194-KMW

GAETANE METELLUS AND MICHAEL METELLUS,

        Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-5 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-5,

        Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiffs represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Stipulation for Final Order of Dismissal.

Respectfully submitted on March 27, 2012.

| | |
|---|---|
| /s/Yechezkel Rodal<br>YECHEZKEL RODAL ESQ.<br>FBN 091210<br>E-Mail: chezky@floridaloanlawyers.com<br>Loan Lawyers, LLC<br>377 North State Road 7, Suite #202<br>Plantation, FL 33317<br>Telephone:     (954) 523-4357<br>Facsimile:      (954) 581-2786<br><br>*Counsel for Plaintiffs* | /s/ Adam B. Leichtling<br>Adam B. Leichtling, Esq.<br>FBN: 984175<br>E-Mail: ALeichtling@LL-lawfirm.com<br>LAPIN & LEICHTLING, LLP<br>255 ALHAMBRA CIRCLE, SUITE 1250<br>Miami, FL 33134<br>Telephone: (305)569-4100<br>Facsimile: (305)569-0000<br><br>*Counsel for Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-5 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-5* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 27, 2012 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

Adam B. Leichtling, Esq.
LAPIN & LEICHTLING, LLP
255 ALHAMBRA CIRCLE, SUITE 1250
Miami, FL 33134
Counsel for Defendant U.S. BANK
Service by CM/ECF

                                              LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
377 North State Road 7, Suite #202
Plantation, FL 33317
Telephone:     (954) 523-4357
Facsimile:       (954) 581-2786

/s/Yechezkel Rodal_____
YECHEZKEL RODAL ESQ.
FBN 091210
E-Mail: chezky@floridaloanlawyers.com